STATE OF CONNECTICUT *v.* MARIE G. MAZZETTA

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 431, is denied.

*Laura Weisfeld,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* RACHEL MCNEIL

The state of Connecticut's petition for certification for appeal from the Appellate Court, 21 Conn. App. 519, is denied.

*Carolyn K. Longstreth,* assistant state's attorney, in support of the petition.

*Temmy Ann Pieszak,* assistant public defender, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* RACHEL MCNEIL

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 519, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 18, 1990